UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIV-C-109673W |
| Plaintiff, ) | Case No.: 04-80018-CIV-PAINE |
| ) | |
| v. ) | |
| ) | |
| Michelet Louis, ) | **NON-MILITARY AFFIDAVIT** |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF FLORIDA )
COUNTY OF DADE )SS:

BEFORE ME, the undersigned authority, personally appeared Amy J. Winarsky, who after being duly sworn, deposes and says:

That she is counsel for the Plaintiff(s) herein.

That she has investigated the military status of Defendant as follows:

1. Affiant's staff verified with the Department of Defense Manpower Data Center that the Defendant was not in active military service. That verification was accomplished as follows:

    (a) By viewing internet page https://www.dmdc.osd.mil/udpdri/owa/sscra.prc_select.

    (b) Affiant's office has been provided a password to enter the site referenced in (a) above.

    (c) The Defendant's name and social security are then entered.

    (d) Verification is then received. A search for this Defendant's status revealed Defendant is not on active military duty. See printout attached hereto.

2. Affiant has concluded that the Defendant(s) above named is/are not in the military service of the United States or any of its allies.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME on February 13, 2004, by Affiant who is personally known to me.

_____
Notary Public, State of Florida

My commission expires:

Robin Buzzelli
Commission #DD218873
Expires Jun 19, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

Department of Defense Manpower Data Center                                       FEB-10-2004 08:25:12



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| LOUIS | MICHELET | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*Kenneth C. Scheflen* (signature)

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

https://www.dmdc.osd.mil/udpdri/owa/sscra.prc_Select                                       2/10/2004